ORIGINAL FILED 07 SEP 27 PM 3:10 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**DANA K. OLSON, WEST AMERICA BANK CORPORATION, EMPLOYEE DEVELOPMENT DEPARTMENT, STATE BOARD OF EQUALIZATION, DOW JONES & CO. INC., BARRETT BLOCK PARTNERS LP, and DANIEL P. LEE,**<br>**Defendants.** | **No.**<br>**COMPLAINT** **WHA** |

Now comes the United States of America, by and through its undersigned counsel, and complains and alleges as follows:

**COUNT I**

**JURISDICTION AND VENUE**

1. This is a civil action brought by the United States to reduce to judgment outstanding federal tax assessments against defendant Dana K. Olson, to set aside transfer of real property; and to foreclose federal tax liens upon real property.

2. This action is commenced pursuant to Sections 7401 and 7403 of the Internal Revenue Code of 1986, at the direction of the Attorney General of the United States, with the authorization and sanction, and at the request of the Chief Counsel of the Internal Revenue

Service, a delegate of the Secretary of the Treasury.

3. Jurisdiction over this action is conferred upon this Court by Title 28, United States Code, Sections 1340 and 1345, and under Section 7402(a) and 7403 of the Internal Revenue Code of 1986.

4. Venue is proper in the Northern District of California because defendant taxpayer, Dana K. Olson, resides in and the subject property is located within this judicial district. 28 U.S.C., Sections 1391 and 1396.

**COUNT II**

**IDENTIFICATION OF DEFENDANTS**

5. Defendant Dana K. Olson currently resides at 1242 Alabama Street, San Francisco, California 94110, which is within the jurisdiction of this Court.

6. Defendant West America Bank Corporation, is currently located at P.O. Box 1220, Suisun City, California 94585, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that it may claim an interest in the property which is the subject of this suit.

7. Defendant State of California Employee Development Department, is currently located at 800 Capital Mall, Sacramento, California 95814, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that it may claim an interest in the property which is the subject of this suit.

8. Defendant California State Board of Equalization, is currently located at 450 N Street, Sacramento, California 94279, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that it may claim an interest in the property which is the subject of this suit.

9. Defendant Dow Jones & Co. Inc., is currently located at 6073 Mission Street, Daly City, California 94014, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that it may claim an interest in the property which is the subject of this suit.

10. Defendant Barrett Block Partners LP, is currently located at 850 Veterans Blvd., Redwood City, California 94064, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that it may claim an interest in the property which is the subject of this suit.

11. Defendant Daniel P. Lee currently resides at 345 Gellert Blvd., Suite D, Daly City, California 94015, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that he may claim an

interest in the property which is the subject of this suit.

IDENTIFICATION OF PROPERTY SOUGHT TO BE FORECLOSED

12. The property which is the subject of this suit is real property located at 1242 Alabama Street, San Francisco, California 94110, and described in the Official Records in the office of the County Recorder, San Francisco County, California, describing the real property as follows (hereinafter referred to as the ("Alabama Street property"):

> Commencing at a point on the westerly line of Alabama Street, distant thereon two hundred and eight (208) feet southerly from the southwesterly corner of Alabama and Twenty-Fourth Street, and running thence southerly along said westerly line of Alabama Street twenty-six (26) feet; thence at right angles westerly 100 feet; thence at right angles northerly twenty-six (26) feet and thence at right angels easterly one hundred (100) feet to the westerly line of Alabama Street and the point of commencement.

**COUNT III**

**REDUCE ASSESSMENTS TO JUDGMENT**

13. The United States realleges the allegations in paragraphs 1 through 12 above, as if fully set forth herein.

14. A delegate of the Secretary of the Treasury made assessments against taxpayer Dana K. Olson for unpaid federal taxes, penalties and interest and for the tax periods as set forth below:

| TAX YEAR/ TYPE OF TAX | DATE OF ASSESSMENT | BALANCE OF TAX, INTEREST, FEES & PENALTIES AS OF 09/30/07 | RECORDING DATES OF TAX LIEN IN SAN FRANCISCO COUNTY |
|---|---|---|---|
| 1995/1040 | 11/18/1996 | $74,910.36 | 07/24/2007 |
| 1996/1040 | 11/17/1997 | $45,170.36 | 03/18/1998 |
| 1997/1040 | 02/08/1999 | $28,311.97 | 01/08/2001 |
| 1998/1040 | 02/19/2007 | $15,633.80 | 05/04/2007 |
| 2000/1040 | 02/19/207 | $7,742.57 | 05/04/2007 |

| | | | |
|---|---|---|---|
| 2001/1040 | 02/19/2007 | $2,227.53 | 05/04/2007 |
| 2002/1040 | 02/19/2007 | $4,520.40 | 05/04/2007 |
| 1995/PEN IRC 6721 | 08/17/1998 | $28,541.68 | 05/29/2001 |
| 1998/PEN IRC 6721 | 12/03/2001 | $2,172.87 | 05/10/2007 |

15. Despite timely notice and demand for payment of the assessments described in paragraph 14 above, defendant Dana K. Olson has neglected, failed, or refused to pay the assessments, and there remains due and owing on said assessments, as of September 30, 2007, the sum of $209,230.79, plus accruing interest and penalties and other statutory additions as provided by law, minus any credits.

**COUNT IV**

**FORECLOSE FEDERAL TAX LIENS**

16. The United States realleges the allegations in paragraphs 1 through 15 above, as if fully set forth herein.

17. Pursuant to 26, United States Code, Sections 6321 and 6322, liens arose in favor of the plaintiff, United States of America, upon all property and rights to property, whether real or personal, belonging to defendant Dana K. Olson, as of the date of the assessments described in paragraph 14 or acquired thereafter .

18. A delegate of the Secretary of the Treasury filed a Federal Tax Lien against defendant Dana K. Olson with the San Francisco County Recorder's Office in San Francisco, California, the dates described in paragraph 14.

19. The property described in paragraph 12 has at all pertinent times been property belonging to Dana K. Olson, for purposes of the tax lien provisions of the Internal Revenue Code. Accordingly, the federal tax liens at issue in paragraph 14 attached to the property when the liens arose, and the tax liens have continued to the present and without interruption to attach to such property.

**WHEREFORE**, the plaintiff, United States of America, prays for the following relief:

1. That this Court determine and adjudge that Dana K. Olson is personally liable to the United States for the sum of $209,230.79, plus interest and statutory additions, as provided by law, that have accrued, and will continue to accrue, after September 30, 2007; that a judgment in that amount be entered against Dana K. Olson and in favor of the United States of America;

2. That this Court determine and adjudge that the United States has liens for unpaid federal taxes of Dana K. Olson, against the real property described in paragraph 12, which property is the subject of this suit, for the sum of $209,230.79, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue, from September 30, 2007.

3. That the tax liens of the United States be foreclosed, that this Court order the sale of the real property described in paragraph 12, and that the proceeds of such sale be distributed to the United States;

4. That, if the amounts distributed to the United States pursuant to the sale of the real property are insufficient to satisfy fully the above-described tax liabilities, the United States have judgment for the deficiency against Dana K. Olson;

5. That the United States be granted its costs and attorneys' fees; and,

6. For such other and further relief as is just and proper.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division