IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INITIAL CASE MANAGEMENT SCHEDULING ORDER**

**[Excluded Cases]**

1. A case management conference shall be held in this case before The Honorable William Alsup at **11:00 a.m.** on  1/3/08  in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management statement must be prepared and filed not less than seven days beforehand.

2. Plaintiff(s), or for cases removed from state court, the removing defendant(s), must serve this order immediately on each and every party previously served and include a copy with all subsequent service on other parties, in accordance with Rules 4 and 5 of the Federal Rules of Civil Procedure (FRCP).

3. The parties shall address the following in their joint case management statement (not to exceed twelve pages):

   (a) The basis for this Court's subject-matter jurisdiction and whether any issue exists regarding personal jurisdiction or venue;

   (b) A brief description of the case and defenses and description of any related proceeding, including any administrative proceedings;

1  4. Each party shall be represented at the case management conference either in
2  person or by counsel prepared to address all such matters, and with authority to enter
3  stipulations and make admissions.
4  5. Pursuant to FRCP 26(d), no formal discovery shall be initiated by any party until
5  after the meet-and-confer session required by FRCP 26(f), except by stipulation or prior court
6  order.

Dated: January 4, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3