AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____    District of    CALIFORNIA _____

United States of America,

Plaintiff

V.

Dana K. Olson, et ux.
Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: C 07 5007 WHA

TO: (Name and address of Defendant)

Dana K. Olson
1242 Alabama Street
San Francisco, California 94110
(Also see attached list)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SCOTT N. SCHOOLS
United States Attorney
THOMAS MOORE
Chief, Tax Division

THOMAS MOORE, AUSA
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                      SEP 2 7 2007

CLERK                                                          DATE

_____/s/_____
(By) DEPUTY CLERK

MARY ANN BUCKLEY

## ATTACHED LIST

West America Bank Corporation
Post office Box 1220
Suisun City, ca 94585
Attn Jackie, Loan Adjustments

State of California Employee Development Department
800 Capital Mall
Sacramento, California 95814

California State Board of Equalization
450 N Street
Sacramento, California 94279

Dow Jones & Co. Inc.
c/o Sweet & Walker
P.O. Box 27558
San Francisco, CA 94127

Barrett Block Partners LP
c/o Thomas P. Wright Jr, Attorney
850 Veterans Blvd.
Redwood City, California 94064

Daniel P. Lee
345 Gellert Blvd., Suite D
Daly City, California 94015