```
 1  SCOTT N. SCHOOLS  (SCSBN 9990)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-078T)
 3  Assistant United States Attorney
     9th Floor Federal Building
 4   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 5   Telephone:   (415) 436-7017
 6   Fax:         (415) 436-6748

 7  Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>         Plaintiff,                  )<br>                                     )<br>    v.                               )<br>                                     )<br> DANA K. OLSON, et al.,              )<br> _____ ) | Case No. C-07-5007-WHA<br><br>ENTRY OF DEFAULT |

It appearing from the records in this action that Summons issued on the complaint filed by the United States has been regularly served upon defendant Dana K. Olson; and it appearing from the declaration of plaintiff's counsel and the records therein that defendant Dana K. Olson has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of plaintiff's counsel, the DEFAULT of defendant DANA K. OLSON is  hereby entered.

DATED this _____ day of _____, 2007.

FOR THE COURT:

RICHARD W. WIEKING, CLERK

By: _____