SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-078T)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7017
  Fax:  (415) 436-6748

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-5007-WHA |
| Plaintiff, | |
| v. | DECLARATION AND REQUEST FOR DEFAULT |
| DANA K. OLSON, et al., | |

    I, THOMAS MOORE, Assistant United States Attorney, on behalf of the plaintiff, United States of America, request the entry of default against defendant Dana K. Olson for the following reasons:

    1.    The United States commenced this action against the defendant Dana K. Olson by filing a complaint to reduce tax assessments to judgment and foreclose tax liens.

    2.    A summons on the complaint was issued by the clerk of the court on September 27, 2007.

    3.    Defendant Dana K. Olson was personally served with a copy of the summons and the complaint on October 20, 2007. True and correct copies of the Return of Service of the summons and complaint for Charles E. Ward and Linda Ward are attached hereto as Exhibits 1 and 2.

///

4.   Defendant Dana K. Olson has served no answer or other defense upon counsel for the plaintiff and has failed to appear.

5.   According to available records and my best information and belief Dana K. Olson is not a member of the Armed Forces or in military service within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended, and is not an infant or incompetent.

6.   No stipulation or order has been made extending the time for the defendant to plead or otherwise defend.

I declare under penalty of perjury that the foregoing is true.

DATED:   December 3, 2007.

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

United States of America,

Plaintiff

V.

Dana K. Olson, et ux.
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 5307 WHA

TO: (Name and address of Defendant)

Dana K. Olson
1242 Alabama Street
San Francisco, California 94110
(Also see attached list)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SCOTT N. SCHOOLS
United States Attorney
THOMAS MOORE
Chief, Tax Division

THOMAS MOORE, AUSA
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                              SEP 27 2007

CLERK                                           DATE

(By) DEPUTY CLERK

MARY ANN BUCKLEY

Exhibit 1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10-30-07 |
| NAME OF SERVER (PRINT) JOAN BOREMENT | TITLE | REVENUE OFFICER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 1242 ALABAMA ST SF, CA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-30-07
_____
Date

_____
Signature of Server

450 GOLDEN GATE 6th floor
SF, CA 94102
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ATTACHED LIST

West America Bank Corporation
Post office Box 1220
Suisun City, ca 94585
Attn Jackie, Loan Adjustments

State of California Employee Development Department
800 Capital Mall
Sacramento, California 95814

California State Board of Equalization
450 N Street
Sacramento, California 94279

Dow Jones & Co. Inc.
c/o Sweet & Walker
P.O. Box 27558
San Francisco, CA 94127

Barrett Block Partners LP
c/o Thomas P. Wright Jr, Attorney
850 Veterans Blvd.
Redwood City, California 94064

Daniel P. Lee
345 Gellert Blvd., Suite D
Daly City, California 94015

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 450 Golden Gate Avenue, 9th Floor
 P.O. Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017
 Fax:        (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   Plaintiff, | ) No. 07 |
|   v. | ) |
| DANA K. OLSON, WEST AMERICA BANK CORPORATION, EMPLOYEE DEVELOPMENT DEPARTMENT, STATE BOARD OF EQUALIZATION, DOW JONES & CO. INC., BARRETT BLOCK PARTNERS LP, and DANIEL P. LEE, | ) COMPLAINT |
|   Defendants. | ) |

   Now comes the United States of America, by and through its undersigned counsel, and complains and alleges as follows:

COUNT I

JURISDICTION AND VENUE

   1.   This is a civil action brought by the United States to reduce to judgment outstanding federal tax assessments against defendant Dana K. Olson, to set aside transfer of real property; and to foreclose federal tax liens upon real property.

   2.   This action is commenced pursuant to Sections 7401 and 7403 of the Internal Revenue Code of 1986, at the direction of the Attorney General of the United States, with the authorization and sanction, and at the request of the Chief Counsel of the Internal Revenue

1  Service, a delegate of the Secretary of the Treasury.

2      3.    Jurisdiction over this action is conferred upon this Court by Title 28, United
3  States Code, Sections 1340 and 1345, and under Section 7402(a) and 7403 of the Internal
4  Revenue Code of 1986.

5      4.    Venue is proper in the Northern District of California because defendant taxpayer,
6  Dana K. Olson, resides in and the subject property is located within this judicial district. 28
7  U.S.C., Sections 1391 and 1396.

## COUNT II

### IDENTIFICATION OF DEFENDANTS

10      5.    Defendant Dana K. Olson currently resides at 1242 Alabama Street, San
11  Francisco, California 94110, which is within the jurisdiction of this Court.

12      6.    Defendant West America Bank Corporation, is currently located at P.O. Box
13  1220, Suisun City, California 94585, is made a party hereto pursuant to 26 U.S.C. §7403(b) in
14  that it may claim an interest in the property which is the subject of this suit.

15      7.    Defendant State of California Employee Development Department, is currently
16  located at 800 Capital Mall, Sacramento, California 95814, is made a party hereto pursuant to 26
17  U.S.C. §7403(b) in that it may claim an interest in the property which is the subject of this suit.

18      8.    Defendant California State Board of Equalization, is currently located at 450 N
19  Street, Sacramento, California 94279, is made a party hereto pursuant to 26 U.S.C. §7403(b) in
20  that it may claim an interest in the property which is the subject of this suit.

21      9.    Defendant Dow Jones & Co. Inc., is currently located at 6073 Mission Street,
22  Daly City, California 94014, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that it may
23  claim an interest in the property which is the subject of this suit.

24      10.    Defendant Barrett Block Partners LP, is currently located at 850 Veterans Blvd.,
25  Redwood City, California 94064, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that it
26  may claim an interest in the property which is the subject of this suit.

27      11.    Defendant Daniel P. Lee currently resides at 345 Gellert Blvd., Suite D, Daly City,
28  California 94015, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that he may claim an

1 | interest in the property which is the subject of this suit.

2 | <u>IDENTIFICATION OF PROPERTY SOUGHT TO BE FORECLOSED</u>

3 | 12.  The property which is the subject of this suit is real property located at 1242 Alabama Street, San Francisco, California 94110, and described in the Official Records in the office of the County Recorder, San Francisco County, California, describing the real property as follows (hereinafter referred to as the ("Alabama Street property"):

> Commencing at a point on the westerly line of Alabama Street, distant thereon two hundred and eight (208) feet southerly from the southwesterly corner of Alabama and Twenty-Fourth Street, and running thence southerly along said westerly line of Alabama Street twenty-six (26) feet; thence at right angles westerly 100 feet; thence at right angles northerly twenty-six (26) feet and thence at right angels easterly one hundred (100) feet to the westerly line of Alabama Street and the point of commencement.

## COUNT III

## REDUCE ASSESSMENTS TO JUDGMENT

13.  The United States realleges the allegations in paragraphs 1 through 12 above, as if fully set forth herein.

14.  A delegate of the Secretary of the Treasury made assessments against taxpayer Dana K. Olson for unpaid federal taxes, penalties and interest and for the tax periods as set forth below:

| TAX YEAR/ TYPE OF TAX | DATE OF ASSESSMENT | BALANCE OF TAX, INTEREST, FEES & PENALTIES AS OF 09/30/07 | RECORDING DATES OF TAX LIEN IN SAN FRANCISCO COUNTY |
|---|---|---|---|
| 1995/1040 | 11/18/1996 | $74,910.36 | 07/24/2007 |
| 1996/1040 | 11/17/1997 | $45,170.36 | 03/18/1998 |
| 1997/1040 | 02/08/1999 | $28,311.97 | 01/08/2001 |
| 1998/1040 | 02/19/2007 | $15,633.80 | 05/04/2007 |
| 2000/1040 | 02/19/207 | $7,742.57 | 05/04/2007 |

COMPLAINT    3

| | | | |
|---|---|---|---|
| 2001/1040 | 02/19/2007 | $2,227.53 | 05/04/2007 |
| 2002/1040 | 02/19/2007 | $4,520.40 | 05/04/2007 |
| 1995/PEN IRC 6721 | 08/17/1998 | $28,541.68 | 05/29/2001 |
| 1998/PEN IRC 6721 | 12/03/2001 | $2,172.87 | 05/10/2007 |

15. Despite timely notice and demand for payment of the assessments described in paragraph 14 above, defendant Dana K. Olson has neglected, failed, or refused to pay the assessments, and there remains due and owing on said assessments, as of September 30, 2007, the sum of $209,230.79, plus accruing interest and penalties and other statutory additions as provided by law, minus any credits.

## COUNT IV

## FORECLOSE FEDERAL TAX LIENS

16. The United States realleges the allegations in paragraphs 1 through 15 above, as if fully set forth herein.

17. Pursuant to 26, United States Code, Sections 6321 and 6322, liens arose in favor of the plaintiff, United States of America, upon all property and rights to property, whether real or personal, belonging to defendant Dana K. Olson, as of the date of the assessments described in paragraph 14 or acquired thereafter.

18. A delegate of the Secretary of the Treasury filed a Federal Tax Lien against defendant Dana K. Olson with the San Francisco County Recorder's Office in San Francisco, California, the dates described in paragraph 14.

19. The property described in paragraph 12 has at all pertinent times been property belonging to Dana K. Olson, for purposes of the tax lien provisions of the Internal Revenue Code. Accordingly, the federal tax liens at issue in paragraph 14 attached to the property when the liens arose, and the tax liens have continued to the present and without interruption to attach to such property.

COMPLAINT                                                  4

1       **WHEREFORE**, the plaintiff, United States of America, prays for the following relief:

2       1.     That this Court determine and adjudge that Dana K. Olson is personally liable to the United States for the sum of $209,230.79, plus interest and statutory additions, as provided by law, that have accrued, and will continue to accrue, after September 30, 2007; that a judgment in that amount be entered against Dana K. Olson and in favor of the United States of America;

      2.     That this Court determine and adjudge that the United States has liens for unpaid federal taxes of Dana K. Olson, against the real property described in paragraph 12, which property is the subject of this suit, for the sum of $209,230.79, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue, from September 30, 2007.

      3.     That the tax liens of the United States be foreclosed, that this Court order the sale of the real property described in paragraph 12, and that the proceeds of such sale be distributed to the United States;

      4.     That, if the amounts distributed to the United States pursuant to the sale of the real property are insufficient to satisfy fully the above-described tax liabilities, the United States have judgment for the deficiency against Dana K. Olson;

      5.     That the United States be granted its costs and attorneys' fees; and,

      6.     For such other and further relief as is just and proper.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

COMPLAINT        5

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**ENTRY OF DEFAULT and DECLARATION AND REQUEST FOR DEFAULT**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__x__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

_____   **FACSIMILE (FAX) No.:** _____

to the parties addressed as follows:

Dana K. Olson
1242 Alabama Street
San Francisco, CA 94110

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 3, 2007** at San Francisco, California.

**KATHY TAT**
**Legal Assistant**