**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

December 5, 2007

RE:  CV 07-05007 WHA     USA-v- DANA K. OLSON

Default is entered as to Dana K. Olson on December 4, 2007.

          RICHARD W. WIEKING, Clerk

          *Susan Imbriani*

          by Susan Imbriani
          Case Systems Administrator

NDC TR-4  Rev. 3/89