SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. C-07-5007-WHA |
| Plaintiff, ) | JOINT CASE MANAGEMENT STATEMENT |
| v. ) | |
| DANA K. OLSON, et al., ) | TIME: 11:00 A.M. |
| Defendants. ) | DATE: JANUARY 3, 2008 |
| _____) | PLACE: COURTROOM 9, 19th FLOOR |

Pursuant to the Court's initial case management scheduling order, the parties submit this joint case management conference statement.

**1.  Jurisdiction:**

26 U.S.C. § 7402(a) and 28 U.S.C. §§ 1340 and 1345 provide this Court jurisdiction.

**2.  Facts:**

Dana K. Olson was assessed with federal income tax liabilities for tax years 1995, 1996, 1997, 1998, 2000, 2001, 2002 and Section 6721 penalties for the1995 and 1998 periods in the total amount of $209,230.79, as of September 30, 2007, plus interest and penalties which continue to accrue.  The United States has sued Ms. Olson to reduce those assessments to judgement and to foreclose on federal tax liens upon real property they own.

The United States has named as additional defendants those individuals or entities that may have an interest in or claims against the subject property.  Those individuals and entities have recorded liens that total approximately $192,538.22, plus accruing interest and penalties.

///

**3.    Legal Issues:**

The United States expects that it will enter a stipulation with Barrrett Block Partners, LP, West America Bank, Employee Development Department, State Board of Equalization regarding lien priority.

The United States has not completed service on Dow Jones & Co. or Daniel P. Lee. Once Dow Jones & Co. Inc. and Daniel P. Lee are served, the United States expects that will also enter a stipulation with them regarding their lien priorities.

**4.    Motions:**

Default was entered against Ms. Olson on December 4, 2007.

The United States expects to file a Motion for Entry of Default Judgment against Dana K. Olson on or before January 3, 2008.

**5.    Amendment of Pleadings:**

None.

**6.    Evidence Preservation:**

The parties maintain records of Ms. Olson's liabilities and their liens are recorded.

**7.    Disclosures:**

To the extent Rule 26 disclosures are requested, they will be made.

**8.    Discovery:**

There has been no discovery to date.   The parties expect to request no discovery other than Rule 26 disclosures concerning the current amount of their liens.

**9.    Class Actions:**

N/A

**10.    Related Cases:**

N/A

///

///

///

///

**11.   Relief:**

The United States and the other creditors seek approximately $402,000, plus interest and penalties accruals are owed on the judgments and tax liens. The parties expect their claims to be paid through the sale of Ms. Olson's real property, which has a fair market valve of approximately $600,000.

**12.   Settlement and ADR:**

The parties do not request ADR process and expect to resolve lien priority issues among themselves.

**13.   Consent to Magistrate:**

The parties do not consent to the trial of this matter by a United States Magistrate Judge.

**14.   Other References**:

N/A.

**15.   Narrowing of Issues:**

The parties expect to narrow lien priority issues through stipulation.

**16.   Expedited Schedule:**

Assuming default judgment is entered against Ms. Olson, this matter should be completed by early summer 2008.

**17.   Scheduling:**

At this time the parties do not seek a discovery schedule or a trial date.

**18.   Trial:**

The parties do not anticipate a trial of this matter. In the event a trial occurs it should last no more than 2 days.

**19.    Disclosure of Non-party Interested Entities or Persons:**

Other than the parties to this action, there are no known entities or persons that have an interest in this matter.

///

///

///

**20.   Additional matters:**

None have arisen or are expected.

Dated: December 21, 2007        /s/ Don J. Pool
                                DON J. POOL.
                                Counsel for WestAmerica Bank


                                SCOTT N. SCHOOLS
                                United States Attorney

Dated: December 21, 2007        /s/ Thomas Moore
                                THOMAS MOORE
                                Assistant United States Attorney
                                Attorneys for Plainitiff


Dated: December 21, 2007        /s/ John Barrett, Jr.
                                JOHN BARRETT, JR.
                                Barrett Block Partners, LLP


Dated: December 21, 2007        /s/ Victoria C. Baker
                                VICTORIA C. BAKER
                                Tax Counsel
                                Counsel for State Board of Equalization