SCOTT N. SCHOOLS  (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7017

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  C-07-5007-WHA |
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF THOMAS MOORE |
| DANA K. OLSON, et al., | ) | IN SUPPORT OF MOTION FOR |
| Defendants. | ) | DEFAULT JUDGMENT |
| | ) | Date: January 31, 2008 |

I, THOMAS MOORE, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1.      I am employed as an Assistant United States Attorney with the United States Attorney's Office in San Francisco California.

2.      As part of my official duties, I have been assigned to represent the United States in the above-entitled civil matter.

3.      A true and correct copy of Form 4340 Certificate of Assessments and Payments for Dana K. Olson for federal tax income liabilities for the 1995, 1996, 1997, 1998, 2000, 2001, 2002 and for the 1995 and 1998 Section 6721 penalties are attached hereto as Exhibits 1-9.

4.      True and correct copies of the July 31, 1997, July 24, 2007, March 18, 1998, January 8, 2001, May 4, 2007, and May 29, 2001, Notices of Federal Tax Liens filed against the property of Dana K. Olson with the San Francisco County Recorder's Office are attached hereto as Exhibits 10-15.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _12/26/07_                              _Moore_
                                                                THOMAS MOORE

# EXHIBIT 1



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: September 28, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Dana K. Olson, Social Security Number: ███████ covering United States Individual Income Tax for the period ending December 31, 1995

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E                                Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|--------------------------------|

------------------------------------------------------------------

|  |  |  |  |  |
|--|--|--|--|--|
|  | ADJUSTED GROSS INCOME 101,510.00 |  |  |  |
|  | TAXABLE INCOME 81,520.00 |  |  |  |
|  | SELF EMPLOYMENT TAX 10,449.00 |  |  |  |
| 10-17-1996 | RETURN FILED & TAX ASSESSED 89221-294-10635-6  199645 | 30,990.00 |  | 11-18-1996 |
| 04-15-1996 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1996 |  |  |  |
| 04-15-1996 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-1996 |  |  |  |
| 10-11-1996 | RECEIVED POA/TIA |  |  |  |
|  | ESTIMATED TAX PENALTY 19964508 | 1,112.00 |  | 11-18-1996 |
|  | FAILURE TO PAY TAX PENALTY 19964508 | 1,239.60 |  | 11-18-1996 |
|  | INTEREST ASSESSED 19964508 | 1,630.56 |  | 11-18-1996 |
| 07-11-1997 | FEDERAL TAX LIEN |  |  |  |
| 10-29-1997 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 10-15-1999 |  |  |  |
| 06-10-1998 | RENUMBERED RETURN 89247-563-60950-8 |  |  |  |
| 11-17-1998 | OFFER IN COMPROMISE PENDING |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    1

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

DANA K OLSON                      EIN/SSN: ████████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995


                                 ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                 (REVERSAL)   (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------

02-10-1999 REMOVED POA/TIA

02-04-1999 OFFER IN COMPROMISE
           REJECTED, RETURNED,
           TERMINATED

06-24-1999 RECEIVED POA/TIA

09-27-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

11-18-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

11-27-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

01-17-2000 REMOVED POA/TIA

01-17-2000 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

12-07-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

FORM 4340  (REV. 01-2002)              PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1995


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 02-28-2000 | RECEIVED POA/TIA | | | |
| 04-24-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 902.88 | |
| 05-26-2000 | OVERPAID CREDIT APPLIED 1040      199012 | | 745.18 | |
| 07-10-2000 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-21-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 946.61 | |
| 07-31-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-11-2000 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-27-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-08-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-------------------------------------------------------------------------------

DANA K OLSON                        EIN/SSN: ▆▆▆▆▆▆▆▆


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 06-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-06-2001 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 1,290.00 | |
| 08-23-2001 | SUBSEQUENT PAYMENT LEVY | | 61.60 | |
| 09-06-2001 | SUBSEQUENT PAYMENT LEVY | | 87.75 | |
| 10-28-2002 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-09-2002 | COLLECTION STATUTE EXTENSION TO 11-18-2006 | | | |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 11-25-2003 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |

FORM 4340  (REV. 01-2002)                PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ██████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-23-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-22-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 02-10-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-19-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-20-2004 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 05-12-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-19-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-26-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    5

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------


DANA K OLSON                      EIN/SSN: ██████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995


                                  ASSESSMENT,     PAYMENT,     ASSESSMENT
                                  OTHER DEBITS     CREDIT      DATE (23C,
DATE       EXPLANATION OF TRANSACTION (REVERSAL)  (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

08-09-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

09-20-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

           FAILURE TO PAY TAX          6,507.90              08-21-2006
           PENALTY
           20063208

11-27-2006 SUBSEQUENT PAYMENT                        144.00
           LEVY

12-08-2006 FEDERAL TAX LIEN

01-01-2007 FEES AND COLLECTION COSTS      14.00

12-21-2006 SUBSEQUENT PAYMENT                        144.00
           LEVY

01-04-2007 SUBSEQUENT PAYMENT                        145.54
           LEVY

01-22-2007 SUBSEQUENT PAYMENT                        145.55
           LEVY

02-01-2007 SUBSEQUENT PAYMENT                        145.54
           LEVY

FORM 4340  (REV. 01-2002)            PAGE    6
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1995


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|---------------------------|--------------------------------|
| 02-13-2007 | SUBSEQUENT PAYMENT LEVY | | 145.55 | |
| 02-26-2007 | SUBSEQUENT PAYMENT LEVY | | 145.54 | |
| 03-14-2007 | SUBSEQUENT PAYMENT LEVY | | 145.55 | |
| 04-02-2007 | SUBSEQUENT PAYMENT LEVY | | 145.54 | |
| 04-11-2007 | SUBSEQUENT PAYMENT LEVY | | 145.55 | |
| 04-26-2007 | SUBSEQUENT PAYMENT LEVY | | 145.55 | |
| 05-14-2007 | SUBSEQUENT PAYMENT LEVY | | 145.55 | |
| 05-25-2007 | SUBSEQUENT PAYMENT LEVY | | 145.54 | |
| 06-06-2007 | SUBSEQUENT PAYMENT LEVY | | 145.55 | |
| 06-26-2007 | SUBSEQUENT PAYMENT LEVY | | 110.81 | |

FORM 4340  (REV. 01-2002)                PAGE    7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995


|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE (23C, |
|  |  | (REVERSAL) | (REVERSAL) | RAC 006 ) |

-----------------------------------------------------------------------

07-20-2007 FEDERAL TAX LIEN

07-20-2007 FEDERAL TAX LIEN RELEASED

08-13-2007 FEES AND COLLECTION COSTS          14.00

09-17-2007 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

11-18-1996 Statutory Notice of Balance Due

03-29-1999 Statutory Notice of Intent to Levy

10-14-2002 Statutory Notice of Intent to Levy

12-09-2002 Statutory Notice of Intent to Levy

02-09-2004 Statutory Notice of Intent to Levy

07-26-2004 Statutory Notice of Intent to Levy

08-21-2006 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    8

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DANA K OLSON                          EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 1995
------------------------------------------------------------------------


BALANCE        35,328.68


------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____David R. Martin_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 09/24/2007

FORM 4340  (REV. 01-2002)            PAGE    9

# EXHIBIT 2



# United States    of America

**Department of the Treasury**
**Internal Revenue Service**

Date: September 28, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Dana K. Olson, Social Security Number: ■■■■■■■■, covering United States Individual Income Tax for the period ending December 31, 1996

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------


DANA K OLSON                        EIN/SSN: ████████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1996

                                    ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT     DATE (23C,
                                    (REVERSAL)    (REVERSAL)  RAC 006 )
--------------------------------------------------------------------------

          ADJUSTED GROSS INCOME
                  59,867.00

          TAXABLE INCOME
                  36,747.00

          SELF EMPLOYMENT TAX
                  9,097.00

10-18-1997 RETURN FILED & TAX ASSESSED            16,260.00   11-17-1997
          89221-298-22418-7  199745

04-15-1997 EXTENSION OF TIME TO FILE
          EXT. DATE  08-15-1997

          ESTIMATED TAX PENALTY        868.00                 11-17-1997
          19974508

          LATE FILING PENALTY        2,195.10                 11-17-1997
          19974508

          FAILURE TO PAY TAX           650.40                 11-17-1997
          PENALTY
          19974508

          INTEREST ASSESSED            940.85                 11-17-1997
          19974508

02-06-1998 FEDERAL TAX LIEN

03-02-1998 FEES AND COLLECTION COSTS     14.00

11-17-1998 OFFER IN COMPROMISE
          PENDING

02-04-1999 OFFER IN COMPROMISE
          REJECTED, RETURNED,
          TERMINATED

06-24-1999 RECEIVED POA/TIA

FORM 4340  (REV. 01-2002)              PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

DANA K OLSON                           EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------|-------------|-------------|
| 09-27-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 11-18-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 11-27-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 01-17-2000 | REMOVED POA/TIA | | | |
| 01-17-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-07-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 02-28-2000 | RECEIVED POA/TIA | | | |
| 07-10-2000 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                     PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ██████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|----------------------------|----------------------------------|
| 07-31-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-11-2000 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-27-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-08-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10-28-2002 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-09-2002 | COLLECTION STATUTE EXTENSION TO 11-17-2007 | | | |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

DANA K OLSON                          EIN/SSN: ██████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 11-25-2003 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-23-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-22-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 02-10-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-19-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-20-2004 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 05-12-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

DANA K OLSON                        EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 07-19-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-26-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-09-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-20-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20063208 | 3,414.60 | | 08-21-2006 |
| 07-27-2007 | FEDERAL TAX LIEN | | | |
| 08-24-2007 | FEDERAL TAX LIEN | | | |
| 09-17-2007 | FEES AND COLLECTION COSTS | 14.00 | | |
| 11-17-1997 | Statutory Notice of Balance Due | | | |
| 12-08-1997 | Statutory Notice of Intent to Levy | | | |
| 03-29-1999 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

DANA K OLSON                        EIN/SSN: ██████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 10-14-2002 | Statutory Notice of Intent to Levy | | | |
| 12-16-2002 | Statutory Notice of Intent to Levy | | | |
| 02-09-2004 | Statutory Notice of Intent to Levy | | | |
| 07-26-2004 | Statutory Notice of Intent to Levy | | | |
| 08-21-2006 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    6

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

DANA K OLSON                          EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996
-----------------------------------------------------------------------


BALANCE          24,356.95


-----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-----------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:
                                    David R. Martin
PRINT NAME:_____

                  Chief, Accounting Operations
TITLE:_____
                        WI-11-5
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 09/24/2007

FORM 4340  (REV. 01-2002)                PAGE    7
```

# EXHIBIT 3



# United States    of America

**Department of the Treasury
Internal Revenue Service**

Date: September 28, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Dana K. Olson, Social Security Number: ▮▮▮▮▮▮▮, covering United States Individual Income Tax for the period ending December 31, 1997

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E                                            Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

DANA K OLSON                          EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 43,879.00 | | | |
| | TAXABLE INCOME 27,004.00 | | | |
| | SELF EMPLOYMENT TAX 6,667.00 | | | |
| 11-03-1998 | RETURN FILED & TAX ASSESSED 89221-360-03422-8  199904 | | 11,030.00 | 02-08-1999 |
| 04-15-1998 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1998 | | | |
| 11-17-1998 | OFFER IN COMPROMISE PENDING | | | |
| | ESTIMATED TAX PENALTY 19990408 | 594.00 | | 02-08-1999 |
| | LATE FILING PENALTY 19990408 | 1,489.05 | | 02-08-1999 |
| | FAILURE TO PAY TAX PENALTY 19990408 | 551.50 | | 02-08-1999 |
| | INTEREST ASSESSED 19990408 | 791.64 | | 02-08-1999 |
| 02-04-1999 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED | | | |
| 06-24-1999 | RECEIVED POA/TIA | | | |
| 09-27-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)            PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

DANA K OLSON                        EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| 11-18-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 11-27-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 01-17-2000 | REMOVED POA/TIA | | | |
| 01-17-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-07-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 02-28-2000 | RECEIVED POA/TIA | | | |
| 07-10-2000 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-31-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ▓▓▓▓▓▓▓▓


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    . TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 09-11-2000 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-27-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-22-2000 | FEDERAL TAX LIEN | | | |
| 02-05-2001 | FEES AND COLLECTION COSTS | | 14.00 | |
| 06-08-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-12-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10-28-2002 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|--------------------------------------|----------------------------|----------------------------------|
| 11-25-2003 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-23-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-22-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 02-10-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-19-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-20-2004 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 05-12-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-19-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DANA K OLSON                        EIN/SSN: ▓▓▓▓▓▓▓▓▓


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 07-26-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-09-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-20-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20063208 | 2,206.00 | | 08-21-2006 |
| 02-08-1999 | Statutory Notice of Balance Due | | | |
| 03-15-1999 | Notice of Balance Due | | | |
| 04-19-1999 | Statutory Notice of Intent to Levy | | | |
| 10-14-2002 | Statutory Notice of Intent to Levy | | | |
| 12-23-2002 | Statutory Notice of Intent to Levy | | | |
| 02-09-2004 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 07-26-2004 | Statutory Notice of Intent to Levy | | | |
| 08-21-2006 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                 PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

DANA K OLSON                     EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1997
-----------------------------------------------------------------------


BALANCE        16,676.19


-----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-----------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____ David R. Martin _____

TITLE:_____ Chief, Accounting Operations _____

DELEGATION ORDER:_____ WI-11-5 _____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 09/24/2007

FORM 4340  (REV. 01-2002)              PAGE    7

# EXHIBIT 4



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: September 28, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Dana K. Olson, Social Security Number: ▆▆▆▆▆▆ covering United States Individual Income Tax for the period ending December 31, 1998

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ███████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 58,890.00 | | | |
| | TAXABLE INCOME 40,971.00 | | | |
| | SELF EMPLOYMENT TAX 8,948.00 | | | |
| 01-04-2007 | RETURN FILED & TAX ASSESSED 09221-020-05701-7  200706 | 17,096.00 | | 02-19-2007 |
| 06-08-1998 | ESTIMATED TAX DECLARATION | | 4,000.00 | |
| 11-23-1998 | ESTIMATED TAX DECLARATION | | 6,690.75 | |
| 04-15-1999 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1999 | | | |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 11-25-2003 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | ESTIMATED TAX PENALTY 20070608 | 133.67 | | 02-19-2007 |
| | LATE FILING PENALTY 20070608 | 1,441.18 | | 02-19-2007 |
| | FAILURE TO PAY TAX PENALTY 20070608 | 1,601.31 | | 02-19-2007 |
| | INTEREST ASSESSED 20070608 | 5,292.88 | | 02-19-2007 |
| 03-12-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 03-23-2007 | FEDERAL TAX LIEN | | | |
| 04-16-2007 | FEES AND COLLECTION COSTS | | 14.00 | |
| 03-29-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 04-10-2007 | RECEIVED POA/TIA | | | |
| 05-14-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-05-2000 | Taxpayer Deliquency Notice | | | |
| 02-19-2007 | Statutory Notice of Balance Due | | | |
| 03-26-2007 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)              PAGE    2

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

DANA K OLSON                        EIN/SSN: ███████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
-----------------------------------------------------------------------------


BALANCE        14,888.29


-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:_____

PRINT NAME:_____David R. Martin_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 09/24/2007

FORM 4340  (REV. 01-2002)               PAGE    3
```

# EXHIBIT 5



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date: September 28, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Dana K. Olson, Social Security Number: ██████████, covering United States Individual Income Tax for the period ending December 31, 2000

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ▮▮▮▮▮▮▮▮▮


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 24,016.00 | | | |
| | TAXABLE INCOME 182.00 | | | |
| | SELF EMPLOYMENT TAX 3,601.00 | | | |
| 01-04-2007 | RETURN FILED & TAX ASSESSED 09221-020-05703-7  200706 | | 3,629.00 | 02-19-2007 |
| 04-15-2001 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2001 | | | |
| 04-15-2001 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2001 | | | |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 11-25-2003 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | ESTIMATED TAX PENALTY 20070608 | | 195.00 | 01-04-2007 |
| | LATE FILING PENALTY 20070608 | | 816.52 | 02-19-2007 |
| | FAILURE TO PAY TAX PENALTY 20070608 | | 907.24 | 02-19-2007 |
| | INTEREST ASSESSED 20070608 | | 1,825.50 | 02-19-2007 |
| 03-12-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------ ------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|

------------ ------------------------------------------------------------------

03-23-2007 FEDERAL TAX LIEN

03-29-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

04-10-2007 RECEIVED POA/TIA

06-18-2007 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

02-19-2007 Statutory Notice of Balance Due

04-30-2007 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

DANA K OLSON                         EIN/SSN: ▓▓▓▓▓▓▓▓


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000
------------------------------------------------------------------------


BALANCE         7,373.26


------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME: ___ David R. Martin _____

TITLE: ___ Chief, Accounting Operations _____

DELEGATION ORDER: ___ WI-11-5 _____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 09/24/2007

FORM 4340  (REV. 01-2002)              PAGE    3

# EXHIBIT 6



# United States    of America

**Department of the Treasury**
**Internal Revenue Service**

Date: September 28, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Dana K. Olson, Social Security Number: ██████ covering United States Individual Income Tax for the period ending December 31, 2001

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

DANA K OLSON                    EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| | RETURN PREPARER TIN: P00251798 | | | |
| | ADJUSTED GROSS INCOME 11,166.00 | | | |
| | SELF EMPLOYMENT TAX 1,347.00 | | | |
| 01-04-2007 | RETURN FILED & TAX ASSESSED 09221-020-05744-7  200706 | | 1,347.00 | 02-19-2007 |
| 04-15-2002 | WITHHOLDING | | 209.00 | |
| 03-12-2002 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2002 | | | |
| 04-15-2002 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2002 | | | |
| 04-15-2002 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2002 | | | |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 11-25-2003 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | LATE FILING PENALTY 20070608 | 256.05 | | 02-19-2007 |
| | FAILURE TO PAY TAX PENALTY 20070608 | 284.50 | | 02-19-2007 |
| | INTEREST ASSESSED 20070608 | 442.73 | | 02-19-2007 |
| 03-12-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

DANA K OLSON                      EIN/SSN: ▬▬▬▬▬▬


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 03-23-2007 | FEDERAL TAX LIEN | | | |
| 03-29-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 04-10-2007 | RECEIVED POA/TIA | | | |
| 06-18-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-28-2003 | Taxpayer Deliquency Notice | | | |
| 02-19-2007 | Statutory Notice of Balance Due | | | |
| 04-30-2007 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------


DANA K OLSON                       EIN/SSN: 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



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001
-------------------------------------------------------------------------------


BALANCE         2,121.28


-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____

PRINT NAME:_____David R. Martin_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 09/24/2007

FORM 4340  (REV. 01-2002)            PAGE    3
```

# EXHIBIT 7



# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: September 28, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Dana K. Olson, Social Security Number: ███████, covering United States Individual Income Tax for the period ending December 31, 2002

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

DANA K OLSON                          EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|---------|---------|---------|
| | RETURN PREPARER TIN: P00251798 | | | |
| | ADJUSTED GROSS INCOME 23,000.00 | | | |
| | TAXABLE INCOME 3,521.00 | | | |
| | SELF EMPLOYMENT TAX 2,471.00 | | | |
| 01-04-2007 | RETURN FILED & TAX ASSESSED 09221-020-05808-7  200706 | | 2,824.00 | 02-19-2007 |
| 04-15-2003 | WITHHOLDING | | 407.00 | |
| 04-15-2003 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2003 | | | |
| 04-15-2003 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2003 | | | |
| 08-15-2003 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2003 | | | |
| 08-15-2003 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2003 | | | |
| 08-15-2003 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2003 | | | |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 11-25-2003 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | LATE FILING PENALTY 20070608 | 555.91 | | 02-19-2007 |
| | FAILURE TO PAY TAX PENALTY 20070608 | 555.90 | | 02-19-2007 |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

DANA K OLSON                      EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2002


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | INTEREST ASSESSED 20070608 | | 729.94 | 02-19-2007 |
| 03-12-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-23-2007 | FEDERAL TAX LIEN | | | |
| 03-29-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 04-10-2007 | RECEIVED POA/TIA | | | |
| 06-18-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-19-2007 | Statutory Notice of Balance Due | | | |
| 04-30-2007 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

DANA K OLSON                        EIN/SSN: ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002
-----------------------------------------------------------------------


BALANCE        4,258.75


-----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-----------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:_____David R. Martin_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 09/24/2007

FORM 4340  (REV. 01-2002)              PAGE    3

# EXHIBIT 8

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: Sept. 25, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Dana K. Olson In Circulation, SSN: ▮▮▮▮▮ for Civil Penalty, for the tax period ending December 31, 1995, consisting of four pages ——————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

DANA K OLSON                          EIN/SSN: ███████████
IN CIRCULATION


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | MISCELLANEOUS PENALTY IRC 6721 PENALTY FOR INTENTIONAL DISREGARD 94154-091-00999-8  19983108 | 15,359.09 |  | 08-17-1998 |
| 08-21-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 05-18-2001 | FEDERAL TAX LIEN |  |  |  |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING |  |  |  |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING |  |  |  |
| 12-08-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 11-25-2003 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING |  |  |  |
| 12-22-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 12-22-2003 | LEGAL/BANKRUPTCY SUIT PENDING |  |  |  |

FORM 4340  (REV. 01-2002)                    PAGE     1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

DANA K OLSON                          EIN/SSN: ███████████
IN CIRCULATION


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|---|---|---|
| 03-15-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-10-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 03-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-20-2004 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 05-12-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-19-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-26-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-13-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-17-1998 | Statutory Notice of Balance Due | | | |
| 09-21-1998 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

DANA K OLSON                        EIN/SSN: ██████████
IN CIRCULATION


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-03-2006 | Statutory Notice of Balance Due | | | |
| 04-02-2007 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANA K OLSON                              EIN/SSN: ██████████
IN CIRCULATION


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1995
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


BALANCE        15,359.09

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIGNATURE OF CERTIFYING OFFICER: _Sally Gale_

PRINT NAME:_____ Sally Gale

TITLE:_____ Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:_____ SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 09/25/2007

FORM 4340  (REV. 01-2002)              PAGE    4

# EXHIBIT 9

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

_____

Date: Sept. 25, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Dana K. Olson In Circulation, SSN: ████████, for Civil Penalty, for the tax period ending December 31, 1998, consisting of four pages —————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Sally Gale*

Sally Gale
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

DANA K OLSON                          EIN/SSN: ██████████
IN CIRCULATION


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | MISCELLANEOUS PENALTY IRC 6721 PENALTY FOR INTENTIONAL DISREGARD 29154-301-00529-1  20014708 | 1,516.80 |  | 12-03-2001 |
| 02-03-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING |  |  |  |
| 10-17-2003 | LEGAL/BANKRUPTCY SUIT PENDING |  |  |  |
| 12-08-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 11-25-2003 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING |  |  |  |
| 12-22-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 12-22-2003 | LEGAL/BANKRUPTCY SUIT PENDING |  |  |  |
| 03-15-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

DANA K OLSON                          EIN/SSN: ███████████
IN CIRCULATION


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 02-10-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 03-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-20-2004 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 05-12-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-19-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-26-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-13-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-30-2007 | FEDERAL TAX LIEN | | | |
| 04-23-2007 | FEES AND COLLECTION COSTS | | 14.00 | |
| 12-03-2001 | Statutory Notice of Balance Due | | | |
| 12-31-2001 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

DANA K OLSON                          EIN/SSN: ██████████
IN CIRCULATION


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-03-2006 | Statutory Notice of Balance Due | | | |
| 04-02-2007 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE     3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

```
DANA K OLSON                        EIN/SSN: ████████████
IN CIRCULATION


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1998
```
----------------------------------------------------------------------

```
BALANCE          1,530.80
```
----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

----------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Sally Gale_

PRINT NAME:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

TITLE:_____SW Delegation Order 198

DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 09/25/2007

FORM 4340  (REV. 01-2002)                 PAGE    4
```

# EXHIBIT 10

San Francisco Co Assessor-Recorder
Doris M. Ward, Assessor-Recorder

DOC — 97—G194015—00
Acct 14-(IRS) Internal Revenue Service
Thursday, JUL 31, 1997 11:31:39
REC     $5.00|PAG     $1.00|MIC     $1.00
STP     $0.00|               |
Ttl Pd  $7.00               Nbr-0000834330
REEL G936 IMAGE 0462        ofa/FT/1-1

Recording requested by:
**INTERNAL REVENUE SERVICE**

When Recorded mail to:
**INTERNAL REVENUE SERVICE**
**SPF LIEN SECTION SUITE 1400S**
**1301 CLAY STREET**
**OAKLAND CA 94612-5210**

Form 668(Y)     217     Department of Treasury - Internal Revenue Service
(Rev. January 1997)

## Notice of Federal Tax Lien Under Internal Revenue Laws

District NORTHERN CALIFORNIA     Serial Number 949741054     For Optional Use by Recording Office

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  DANA K OLSON

Residence  1242 ALABAMA ST
SAN FRANCISCO, CA 94110-4146

IMPORTANT RELEASE INFORMATION: With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/90 | ███████ | 08/01/96 | 08/31/06 | 3303.47 |
| 1040 | 12/31/94 | ███████ | 09/25/95 | 10/25/05 | 808.52 |
| 1040 | 12/31/95 | ███████ | 11/18/96 | 12/18/06 | 34972.16 |

Place of Filing  County Recorder
San Francisco County
San Francisco, CA 94102-4698     Total  $  39084.15

This notice was prepared and signed at  San Francisco, CA  , on this,
the 08th day of  July  , 19 97.

Signature  for TIMOTHY A TOWNS     Title  CHF COLLECTION '94-01-0000

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)     Part 1 - Kept by Recording Office     Form 668(Y) (Rev. 1-91)

# EXHIBIT 11

Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

CONFORMED COPY of a ___ record

_____ a 07/24/2007, 2007I426261

This document
SAN FRANCISCO ASSESSOR _____

For Optional Use by Recording Office

| **Form 668 (Y)(c)** | 3465  Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
|---|---|
| Lien Unit Phone: (800) 913-6050 | 378182907 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  DANA K OLSON

Residence          1242 ALABAMA ST
                   SAN FRANCISCO, CA 94110-4146

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | XXX-XX-■■■■ | 11/18/1996 | N/A | 35314.00 |

| Place of Filing | COUNTY RECORDER | | | | |
|---|---|---|---|---|---|
| | SAN FRANCISCO, CA 94102 | | | Total  $ | 35314.00 |

This notice was prepared and signed at _____ LOS ANGELES, CA _____ , on this,
the ___16th___ day of ___July___ , ___2007___.

| Signature  *R. A. Mitchell*  for JOHN BORCHELT | Title  REVENUE OFFICER  (415) 522-4625 | 27-12-1504 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT 12

```
--------------------------------------------+-------------------------------------
|      INTERNAL REVENUE SERVICE              | Lien Recorded   : 03/18/1998 - 00:00AM
|  FACSIMILE FEDERAL TAX LIEN DOCUMENT       | Recording Number: 98-G321462
|                                            | UCC Number       :
|                                            | Liber            :
|                                            | Page             :
--------------------------------------------+-------------------------------------
District: NORTHERN CALIFORNIA               | IRS Serial Number: 949858958
--------------------------------------------+-------------------------------------
```

                  This Lien Has Been Filed in Accordance with
                  Internal Revenue Regulation 301.6323(f)-1.

```
-------------------------------------------------------------------------------------
```
Name of Taxpayer :
  DANA K OLSON


```
-------------------------------------------------------------------------------------
```
Residence :
  1242 ALABAMA ST
  SAN FRANCISCO, CA 94110-4146
```
-------------------------------------------------------------------------------------
```
With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|------------|---------------|--------------|---------------------|---------------------|
| 1040     | 12/31/1996 | ███████████   | 11/17/1997   | 12/17/2007          | 20914.35            |

```
-----------------------------------------------------------------------------------
```
Filed at:   COUNTY RECORDER                              Total  |  $      20914.35
                                                                |
            SAN FRANCISCO, CA 94102
```
-----------------------------------------------------------------------------------
```
This notice was prepared and executed at OAKLAND, CA
on this, the 04th day of February, 1998.
```
-----------------------------------------------------------------------------------
```
Authorizing Official:                      | Title:
  JOHN BORCHELT                            | REVENUE OFFICER          94-01-1802
                                           |
```
-----------------------------------------------------------------------------------
```

# EXHIBIT 13

10003

```
-------------------------------------+------------------------------------
      INTERNAL REVENUE SERVICE       | Lien Recorded    : 01/08/2001 - 00:00AM
 FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: 2001G887728
                                     | UCC Number       :
                                     | Liber            :
                                     | Page             :
-------------------------------------+------------------------------------
Area: WAGE & INVESTMENT AREA #5      | IRS Serial Number: 940000545
Lien Unit Phone: (800) 913-6050      |
-------------------------------------+------------------------------------
```

                This Lien Has Been Filed in Accordance with
                Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  DANA K OLSON


Residence :
  1242 ALABAMA ST
  SAN FRANCISCO, CA 94110-4146

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|------------|---------------|--------------|---------------------|--------------------|
| 0        | 12/31/1997 | ████████████  | 02/08/1999   | 03/10/2009          | 14456.19           |

```
                                                          -------------------
                                                         |
Filed at:   COUNTY RECORDER                       Total  | $      14456.19
                                                         |
            SAN FRANCISCO, CA 94102                       -------------------
```

This notice was prepared and executed at LOS ANGELES, CA
on this, the 18th day of December, 2000.

```
-------------------------------------+------------------------------------
Authorizing Official:                | Title:
   CURTIS CHAN                        | REVENUE OFFICER            94-01-1830
                                     |
```

# EXHIBIT 14

```
--------------------------------------------+-----------------------------
                                            |        COURT RECORDING DATA
     INTERNAL REVENUE SERVICE               | Recording Number: I 38110300  5-4-07
  FACSIMILE FEDERAL TAX LIEN DOCUMENT       | UCC Number      :
                                            | Liber          : J 384
                                            | Page           : 0322
--------------------------------------------+-----------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #7       | IRS Serial Number: 351496607
Lien Unit Phone: (800) 913-6050             |
-----------------------------------------------------------------------------
```

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

```
-----------------------------------------------------------------------------
```

Name of Taxpayer :
  DANA OLSON

```
-----------------------------------------------------------------------------
```

Residence :
  1242 ALABAMA ST
  SAN FRANCISCO, CA 94110

```
-----------------------------------------------------------------------------
```

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | XXX-XX-■■■ | 02/19/2007 | 03/21/2017 | 14874.29 |
| 1040 | 12/31/2000 | XXX-XX-■■■ | 02/19/2007 | 03/21/2017 | 7373.26 |
| 1040 | 12/31/2001 | XXX-XX-■■■ | 02/19/2007 | 03/21/2017 | 2121.28 |
| 1040 | 12/31/2002 | XXX-XX-■■■ | 02/19/2007 | 03/21/2017 | 4258.75 |

```
-----------------------------------------------------------------------------
Filed at:   COUNTY RECORDER                          |
                                              Total  | $      28627.58
            SAN FRANCISCO, CA 94102                  |
-----------------------------------------------------------------------------
```

This notice was prepared and executed at LOS ANGELES, CA
on this, the 14th day of March, 2007.

```
-----------------------------------------------------------------------------
Authorizing Official:              | Title:
  JOHN BORCHELT                    | REVENUE OFFICER          27-12-1504
                                   |
-----------------------------------------------------------------------------
```

# EXHIBIT 15

```
10003                                              COURT RECORDING DATA
-----------------------------------+------------------------------------
       INTERNAL REVENUE SERVICE    | Lien Recorded   : 05/29/2001 - 00:00AM
  FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: 2001-G955316-00
                                   | UCC Number      :
                                   | Liber           :
                                   | Page            :
-----------------------------------+------------------------------------
Area: WAGE & INVESTMENT AREA #5    | IRS Serial Number: 940107868
Lien Unit Phone: (800) 829-3903    |
------------------------------------------------------------------------
              This Lien Has Been Filed in Accordance with
              Internal Revenue Regulation 301.6323(f)-1.

------------------------------------------------------------------------
Name of Taxpayer :
   DANA K OLSON
       DBA IN CIRCULATION

------------------------------------------------------------------------
Residence :
   2215 R MARKET ST 407
   SAN FRANCISCO, CA 94114-1653
------------------------------------------------------------------------
With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).
------+-----------+------------+-----------+------------------+-------------
Form  |  Period   | ID Number  | Assessed  | Refile Deadline  | Unpaid Balance
(a)   |   (b)     |    (c)     |    (d)    |      (e)         |     (f)
------+-----------+------------+-----------+------------------+-------------
  1   | 12/31/1995|            | 08/17/1998|   09/16/2008     |    15359.09
```

```
------------------------------------------------------------------------
Filed at:   COUNTY RECORDER                      Total  | $    15359.09
            SAN FRANCISCO, CA 94102                      |
------------------------------------------------------------------------
This notice was prepared and executed at LOS ANGELES, CA
on this, the 14th day of May, 2001.
------------------------------------------------------------------------
Authorizing Official:            | Title:
     L DUQUETTE                  | ACS                     94-01-0008
                                 |
------------------------------------------------------------------------
```