**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 3, 2008

Case No.  C 07-05007 WHA

Title: USA  v. DANA K. OLSON

Plaintiff Attorneys: Tom Moore

Defense Attorneys: Victoria Baker (representing EPA)

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)   

Continued to **1/31/08 at 8:00am**   for Motions

Continued to    for Pretrial Conference

Continued to    for Trial

**ORDERED AFTER HEARING:**

Government has filed a motion for default judgment and decree of sale that is scheduled to be heard on 1/31/08.