1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
3   9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
 Telephone:  (415) 436-7017
5
Attorneys for United States of America
6
7         IN THE UNITED STATES DISTRICT COURT FOR THE
8              NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION

10  UNITED STATES OF AMERICA,        )   Case No. C-07-5007-WHA
                                     )
         Plaintiff,                  )
11                                   )
                                     )   STIPULATION TO WITHDRAW
12       vs.                         )   MOTION FOR DEFAULT JUDGMENT,
                                     )   SET ASIDE DEFAULT, TO ANSWER,
13  DANA K. OLSON, et al. ,          )   AND [proposed] ORDER
                                     )
         Defendants.                 )
14  _____)

15       It is hereby stipulated by and between plaintiff United States of America and defendant

16  Dana K. Olson, through their respective counsel, as follows

17       1.      That the United States of America's Motion for Default Judgment is withdrawn;

18       2.      That the default entered against Dana K. Olson is set aside;

19       3.      That Dana K. Olson waives any defect in personal service of the complaint and

20  shall answer or otherwise defend this matter on or before February 14, 2008;

21       4.      That in the event Dana K. Olson fails to answer or otherwise defend this matter on

22  or before February 14, 2008, the default shall be reinstated and the United States' Motion for

23  Default Judgment shall be reinstated and heard on March 20, 2008.

24                                   JOSEPH P. RUSSONIELLO
                                     United States Attorney
25
/s/ Jason Fricano, Esq.             /s/ Thomas Moore
26  JASON FRICANO, ESQ.              THOMAS MOORE
Attorney for Dana K. Olson          Assistant United States Attorney
27

28       PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____             _____
                                UNITED STATES DISTRICT JUDGE
_____