JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. C-07-5007-WHA |
| Plaintiff, ) | |
| ) | STIPULATION TO WITHDRAW |
| vs. ) | MOTION FOR DEFAULT JUDGMENT, |
| ) | SET ASIDE DEFAULT, TO ANSWER, |
| DANA K. OLSON, et al., ) | AND [proposed] ORDER |
| Defendants. ) | |

It is hereby stipulated by and between plaintiff United States of America and defendant Dana K. Olson, through their respective counsel, as follows

1.  That the United States of America's Motion for Default Judgment is withdrawn;

2.  That the default entered against Dana K. Olson is set aside;

3.  That Dana K. Olson waives any defect in personal service of the complaint and shall answer or otherwise defend this matter on or before February 14, 2008;

4.  That in the event Dana K. Olson fails to answer or otherwise defend this matter on or before February 14, 2008, the default shall be reinstated and the United States' Motion for Default Judgment shall be reinstated and heard on March 20, 2008.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Jason Fricano, Esq.            /s/ Thomas Moore
JASON FRICANO, ESQ.                THOMAS MOORE
Attorney for Dana K. Olson         Assistant United States Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 22, 2008

_____
UNITED STATES DISTRICT JUDGE