DANIEL P. LEE
345 Gellert Boulevard, Suite D
Daly City, California 94015



IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. C-07-5007-WHA |
| Plaintiff, | |
| v. | |
| DANA K. OLSON, et al. | **ANSWER OF DANIEL P. LEE** |
| Defendants. | |

COMES NOW defendant Daniel P. Lee and for his answer to plaintiff's complaint, admits, denies and alleges as follows:

Denies each and every allegation of such complaint not admitted, qualified or otherwise specifically referred to below:

Furthering answering, defendant Daniel P. Lee says that:

1-10   Denies the allegations contained in paragraphs 1-10 of the complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

11.   Admits that he claims an interest in the property that is the subject of this action. Such interest is based a second deed of trust in the amount of $24,262.89, plus interest, which was recorded on April 8, 2004.

1  |  12. Admits the allegations contained in paragraph 12 of the complaint..

2  |  13-19. Denies the allegations contained in paragraphs 13-19 of the complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**WHEREFORE**, having fully answered each and every allegation contained in plaintiff's complaint, defendant Daniel P. Lee prays:

(A)   Plaintiff takes nothing by its complaint;

(B)   That in the event the subject real property is sold by Court order, that defendant Daniel P. Lee be paid from the proceeds of such sale the sum of $24,262.89), plus interest until paid.

*/s/ Daniel P. Lee*
_____
DANIEL P. LEE