```
JOSEPH P. RUSSONIELLO  (SCSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANA K. OLSON, et al.,<br><br>    Defendants. | Case No. C-07-5007-WHA<br><br>JOINT STATUS MANAGEMENT STATEMENT<br><br>TIME: 11:00 A.M.<br>DATE: May 8, 2008<br>PLACE: COURTROOM 9, 19th FLOOR |

Pursuant to the Court's Notice, the parties submit this joint status conference statement.

Since the case management conference statement was filed and conference held on January 3, 2008, the United States withdrew its motion for default against taxpayer defendant Dana K. Olson and she along with Daniel P. Lee have filed answers.

No discovery has been taken for the reason that the subject real property, which is the subject of this suit and against which each party claims a lien, is on the market for sale.  In the event the real property is sold, the parties' liens will be paid from and to the extent of the proceeds.

The United States and Ms. Olson are in discussions to resolve their dispute.

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

  /s/                                     /s/
JASON FRICANO                       THOMAS MOORE
Attorney for Dana K. Olson        Assistant United States Attorney


  /s/                                     /s/
DANIEL P. LEE                          VICTORIA C. BAKER
                                              Tax Counsel
                                              Counsel for State Board of Equalization