1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone:  (415) 436-7017
5
   Attorneys for the United States of America
6
7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,          )
                                      )   Case No.  C-07-5007-WHA
           Plaintiff,                 )
11                                    )
                                      )
           v.                         )   STIPULATION AND [proposed]
12                                    )   JUDGMENT AGAINST
   DANA K. OLSON, et al.              )   DANA K. OLSON
13                                    )
           Defendants.                )
14 _____)

15      The United States of America, by its undersigned counsel, and defendant Daniel P. Lee, by his

16 undersigned signature, and defendants State Board of Equalization and Dana K. Olson, by their

17 undersigned counsel, stipulate and hereby agree that Judgement shall be entered against Dana K. Olson

18 for the following amounts and liabilities:

19      1.      Income taxes for the 1995 tax year in the sum of $74,910.36, plus statutory additions

20 which have will and continue to accrue as provided by law from September 30, 2007, until paid.

21      2.      Income taxes for the 1996 tax year in the sum of $45,170.36, plus statutory additions

22 which have and will continue to accrue as provided by law from September 30, 2007, until paid.

23      3.      Income taxes for the 1997 tax year in the sum of $28,311.97, plus additions statutory

24 which have and will continue to accrue as provided by law from September 30, 2007, until paid.

25      4.      Income taxes for the 1998 tax year in the sum of $15,633.80, plus statutory additions

26 which have and will continue to accrue as provided by law from September 30, 2007, until paid.

27      5.      Income taxes for the 2000 tax year in the sum of $7,742.57, plus statutory additions

28 which have and will continue to accrue as provided by law from September 30, 2007, until paid.

6.      Income taxes for the 2001 tax year in the sum of $2,227.53, plus statutory which have and will continue to accrue as provided by law from September 30, 2007, until paid.

7.      Income taxes for the 2002 tax year in the sum of $4,520.40, plus statutory additions which have and will continue to accrue as provided by law from September 30, 2007, until paid.

8.      The Section 6721 penalty for the 1995 tax year in the sum of $28,541.68, plus statutory additions which have and will continue to accrue as provided by law from September 30, 2007, until paid.

9.      The Section 6721 penalty for the 1998 tax year in the sum of $2,172.87, plus statutory which have and will continue to accrue as provided by law from September 30, 2007, until paid.

10.     That defendant Dana K. Olson has until October 1, 2008 to sell the subject real property and pay the claims against the property according to their priority and to the extent of the sale proceeds.

11.     In the event Dana K. Olson fails to sell the subject real property on or before October 1, 2008, the United States Marshal for the Northern District of California, his/her representative, or an Internal Revenue Service Property Appraisal and Liquidation Specialist ("PALS"), is authorized and directed under 28 U.S.C. §§ 2001 and 2002 to offer for public sale and to sell the subject property.  The United States may choose either the United States Marshal or a PALS to carry out the sale under this order and shall make the arrangements for any sale as set forth in this stipulation and judgment.

12      The Marshal, his or her representative, or a PALS representative is authorized to have free access to the Property and to take all actions necessary to preserve the subject property, including, but not limited to, retaining a locksmith or other person to change or install locks or other security devices on any part of the property, until the deed to the subject property is delivered to the ultimate purchaser(s).

13.     The proceeds arising from sale are to be held and distributed by the United States Marshal or PALS, whoever sold the real property, pursuant to an order from the Order confirming the sale of the subject property and ordering disbursal of the sale proceeds.

///

///

**STIP. AND [proposed] JUDGMENT**
**Case No. C-07-5007-WHA)            2**

14.    Each party shall bear its own costs and attorneys' fees.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Jason Fricano                           /s/ Thomas Moore
JASON FRICANO                          THOMAS MOORE
Attorney for Dana K. Olson            Assistant United States Attorney

/s/ Daniel P. Lee                            /s/ Victoria C. Baker
DANIEL P. LEE                             VICTORIA C. BAKER
                                                 Tax Counsel
                                                 Counsel for state Board of Equalization

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                                 UNITED STATES DISTRICT JUDGE

STIP. AND [proposed] JUDGMENT
Case No. C-07-5007-WHA)                        3