```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017
```

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      **Plaintiff,**<br><br>    v.<br><br>DANA K. OLSON, et al.<br><br>      **Defendants.** | Case No.  C-07-5007-WHA<br><br>STIPULATION AND [proposed]<br>JUDGMENT AGAINST<br>DANA K. OLSON |

      The United States of America, by its undersigned counsel, and defendant Daniel P. Lee, by his undersigned signature, and defendants State Board of Equalization and Dana K. Olson, by their undersigned counsel, stipulate and hereby agree that Judgement shall be entered against Dana K. Olson for the following amounts and liabilities:

      1.     Income taxes for the 1995 tax year in the sum of $74,910.36, plus statutory additions which have will and continue to accrue as provided by law from September 30, 2007, until paid.

      2.     Income taxes for the 1996 tax year in the sum of $45,170.36, plus statutory additions which have and will continue to accrue as provided by law from September 30, 2007, until paid.

      3.     Income taxes for the 1997 tax year in the sum of $28,311.97, plus additions statutory which have and will continue to accrue as provided by law from September 30, 2007, until paid.

      4.     Income taxes for the 1998 tax year in the sum of $15,633.80, plus statutory additions which have and will continue to accrue as provided by law from September 30, 2007, until paid.

      5.     Income taxes for the 2000 tax year in the sum of $7,742.57, plus statutory additions which have and will continue to accrue as provided by law from September 30, 2007, until paid.

Case 3:07-cv-05007-WHA     Document 22     Filed 05/08/2008     Page 2 of 3

      6.     Income taxes for the 2001 tax year in the sum of $2,227.53, plus statutory which have and will continue to accrue as provided by law from September 30, 2007, until paid.

      7.     Income taxes for the 2002 tax year in the sum of $4,520.40, plus statutory additions which have and will continue to accrue as provided by law from September 30, 2007, until paid.

      8.     The Section 6721 penalty for the 1995 tax year in the sum of $28,541.68, plus statutory additions which have and will continue to accrue as provided by law from September 30, 2007, until paid.

      9.     The Section 6721 penalty for the 1998 tax year in the sum of $2,172.87, plus statutory which have and will continue to accrue as provided by law from September 30, 2007, until paid.

      10.    That defendant Dana K. Olson has until October 1, 2008 to sell the subject real property and pay the claims against the property according to their priority and to the extent of the sale proceeds.

      11.    In the event Dana K. Olson fails to sell the subject real property on or before October 1, 2008, the United States Marshal for the Northern District of California, his/her representative, or an Internal Revenue Service Property Appraisal and Liquidation Specialist ("PALS"), is authorized and directed under 28 U.S.C. §§ 2001 and 2002 to offer for public sale and to sell the subject property. The United States may choose either the United States Marshal or a PALS to carry out the sale under this order and shall make the arrangements for any sale as set forth in this stipulation and judgment.

      12     The Marshal, his or her representative, or a PALS representative is authorized to have free access to the Property and to take all actions necessary to preserve the subject property, including, but not limited to, retaining a locksmith or other person to change or install locks or other security devices on any part of the property, until the deed to the subject property is delivered to the ultimate purchaser(s).

      13.    The proceeds arising from sale are to be held and distributed by the United States Marshal or PALS, whoever sold the real property, pursuant to an order from the Order confirming the sale of the subject property and ordering disbursal of the sale proceeds.

/ / /

/ / /

STIP. AND [proposed] JUDGMENT
Case No. C-07-5007-WHA)                    2

14. Each party shall bear its own costs and attorneys' fees.

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| /s/ Jason Fricano<br>JASON FRICANO<br>Attorney for Dana K. Olson | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney |
| /s/ Daniel P. Lee<br>DANIEL P. LEE | /s/ Victoria C. Baker<br>VICTORIA C. BAKER<br>Tax Counsel<br>Counsel for state Board of Equalization |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 8, 2008.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIP. AND [proposed] JUDGMENT**
**Case No. C-07-5007-WHA)**                3