IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANA K. OLSON, WEST AMERICA BANK CORPORATION, EMPLOYEE DEVELOPMENT DEPARTMENT, STATE BOARD OF EQUALIZATION, DOW JONES & CO., INC., BARRETT BLOCK PARTNERS, L.P., and DANIEL P. LEE,

    Defendants.

No. C 07-05007 WHA

**CASE MANAGEMENT ORDER**

    A further case management conference shall be held on **SEPTEMBER 11, 2008, AT 11:00 A.M.** to determine the status of the sale of property and whether this case can be closed.

    **IT IS SO ORDERED.**

Dated: May 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE