**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 8, 2008

Case No.  C 07-05007 WHA

Title: USA  v. DANA K. OLSON

Plaintiff Attorneys: Cindy Stier

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to ⎯ for Further Case Management Conference

Continued to ⎯ for Pretrial Conference

Continued to ⎯ for Trial

**ORDERED AFTER HEARING:**

Government advised the Court that the stipulated judgment does not completely resolve the case.  The property must be sold, then the proceeds need to be deposited with the Court and the money can then be disbursed.  Court will set the matter for a further cmc in 4 months.