JOSEPH P. RUSSONIELLO (SCSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. C-07-5007-WHA |
| Plaintiff, ) | JOINT STATUS MANAGEMENT STATEMENT |
| v. ) | |
| DANA K. OLSON, et al., ) | TIME: 11:00 A.M.<br>DATE: September 10, 2008<br>PLACE: COURTROOM 9, 19th FLOOR |
| Defendants. ) | |

Pursuant to the Court's Notice, the parties submit this joint status conference statement.

On May 8, 2008, Judgment was entered against Ms. Olson. The Judgment gave Ms. Olson until October 1, 2008 to sell her home in order that she might have funds to pay creditors.

Since Judgment was entered and the home was ordered to be sold, Ms.Olson informed her attorneys that she made improvements to her home and has taken other steps to prepare her home for sale. Since that time Ms. Olson's attorneys have made numerous attempts to contact her to determine if the home has been placed on the market for sale. Ms. Olson has not responded to those efforts and it is unknown if the home has been placed for sale.

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

/s/ Jason Fricano                          /s/ Thomas Moore
JASON FRICANO                            THOMAS MOORE
Attorney for Dana K. Olson            Assistant United States Attorney

/s/ Daniel P. Lee                            /s/ Victoria C. Baker
DANIEL P. LEE                               VICTORIA C. BAKER
                                              Tax Counsel for State Board of Equalization