UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 10, 2008

Case No.  C 07-05007 WHA

Title: USA v. DANA K. OLSON

Plaintiff Attorneys: Tom Wolf

Defense Attorneys: Minna Yang

Deputy Clerk: Dawn Toland            Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Further CMC - HELD

2)   _____

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Defense counsel has made attempts, but has not been able to communicate with the defendant. Government is prepared to have the US Marshal sell the property effective 10/1/08, per the stipulation and judgment already ordered by the Court.