JOSEPH P. RUSSONIELLO  (SCSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7017
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>     Plaintiff,               )<br>                               )<br>     v.                        )<br>                               )<br> DANA K. OLSON, et al.          )<br>                               )<br>     Defendants.               )<br>_____) | Case No. C-07-5007 WHA<br><br><br><br>**STIPULATION TO DISMISS<br>AND [proposed] ORDER** |

Plaintiff UNITED STATES OF AMERICA, and Defendants Daniel Lee, State Board of Equalization and Dana K. Olson stipulate and agree that this matter be dismissed.

JOSEPH P. RUSSONIELLO
United States Attorney


/s/ Jason Fricano                           /s/ Thomas Moore
JASON FRICANO                           THOMAS MOORE
Attorney for Defendant Dana K. Olson    Assistant United States Attorney
                                        Attorneys for Plaintiff


/s/ Daniel P. Lee                           /s/ Victoria C. Baker
DANIEL P. LEE                            VICTORIA C. BAKER
                                         Tax Counsel
                                         Counsel for state Board of Equalization


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: October 30, 2008
                                         _____
                                         UNITED STATES DISTRICT JUDGE

*[Court seal: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]*